UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE JONES, | No.  2:26-cv-00227-DAD-JDP (PS) |
| Plaintiff, | |
| v. | ORDER REFERRING MOTION TO ASSIGNED MAGISTRATE JUDGE |
| NATIONSTAR MORTGAGE LLC et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a), the pending *pro se* motion for a temporary restraining order filed by plaintiff Christine Jones (Doc. No. 7) is hereby referred to United States Magistrate Judge Jeremy D. Peterson for issuance of findings and recommendations in accordance with 28 U.S.C. § 636(b)(1)(B) and (C).

IT IS SO ORDERED.

Dated:    **February 4, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

1