UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTINE JONES,

Plaintiff,

v.

NATIONSTAR MORTGAGE LLC, et al.,

Defendants.

No. 2:26-cv-0227-DAD-JDP PS

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER

(Doc. Nos. 7, 10)

Plaintiff Christine Jones is proceeding *pro se* and *in forma pauperis* in the above-captioned civil action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On March 12, 2026, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for a temporary restraining order (Doc. No. 7) be denied because her complaint failed to state a cognizable claim and in light of the fact that the undersigned had denied an earlier motion from plaintiff seeking a temporary restraining order based upon the finding that plaintiff had failed to show a likelihood of success on the merits. Doc. No. 10 at 4.)

Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 5.) To date,

no objections to the findings and recommendations have been filed and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on March 12, 2026 (Doc. No. 10) are adopted in full; and
2. Plaintiff's motion for a temporary restraining order (Doc. No. 7) is hereby denied.

IT IS SO ORDERED.

Dated: **September 9, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE