UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTINE JONES,

Plaintiff,

v.

NATIONSTAR MORTGAGE LLC, et al.,

Defendants.

No. 2:26-cv-0227-DAD-JDP

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE

(Doc. No. 12)

Plaintiff Christine Jones is proceeding *pro se* and *in forma pauperis* in the above-captioned civil action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On August 27, 2026, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to prosecute and to comply with court orders, as well as for failure to state a claim. (Doc. No. 12.) The magistrate judge explained that after screening plaintiff's original complaint and finding that it failed to state a cognizable claim, the court provided plaintiff leave to file an amended complaint, that plaintiff did not do so within the time provided, that the court then issued an order requiring plaintiff to show cause why this action should not be dismissed and that plaintiff also

/////

failed to respond to that order to show cause or to communicate with the court in any way. (*Id.* at 1.) Accordingly, dismissal without prejudice was recommended. (*Id.* at 2–3.)

Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 3.) To date, no objections to the findings and recommendations have been filed and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 27, 2026 (Doc. No. 12) are adopted in full;
2. This action is dismissed without prejudice; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 22, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE